UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEOWULF VON PRINCE,<br><br>        Plaintiff,<br><br>   v.<br><br>DSM NUTRITIONAL PRODUCTS LLC, et al.,<br><br>        Defendants. | Case No. 20-cv-01283-VC<br><br>**ORDER GRANTING MOTIONS TO DIMISS WITHOUT LEAVE TO AMEND**<br><br>Re: Dkt. Nos. 64, 65 |

For the reasons previously given, *see* Dkt. No. 61, and for the reasons stated in the motions to dismiss, the Amended Complaint is dismissed for lack of jurisdiction without leave to amend. Von Prince is informed that no further filings will be considered, and judgment will be entered against him in accordance with this order.

**IT IS SO ORDERED.**

Dated: October 5, 2020

_____
VINCE CHHABRIA
United States District Judge