UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEOWULF VON PRINCE,<br><br>       Plaintiff,<br><br>   v.<br><br>DSM NUTRITIONAL PRODUCTS LLC, et al.,<br><br>       Defendant. | 20-cv-01283-VC<br><br>**JUDGMENT** |

The Court, having dismissed this case without leave to amend, now enters judgment in favor of the defendants and against the plaintiff.  The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: October 5, 2020

_____
VINCE CHHABRIA
United States District Judge